# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND THEUS,<br><br>        Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>        Respondent. | Case No. CV 16-08803 JVS (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has passed, and no objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action without prejudice.

DATED:  March 27, 2017

                                                JAMES V. SELNA<br>
                                                UNITED STATES DISTRICT JUDGE