# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND THEUS, | Case No. CV 16-08803 JVS (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: January 30, 2018

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE